Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of



RECEIVED
MAR 1 2 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Randy T. 3Thomas
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Petersburg Utility Lines water dept.
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:19 cv 162
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Randy T. 3Thomas
Street Address: 417 Burne St.
City and County: Petersburg,
State and Zip Code: Virginia, 23803.
Telephone Number: 804-919-1556
E-mail Address: One3eyeseeall@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 2.                3-12-19

Petersburg Utility Owes Water Dept

Serve to: Anthony Williams
City Attorney
804-733-2324
35 City Hall North Union St.
Petersburg,
Virginia, 23803.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 2**
Name: Steve Stanson
Job or Title (if known): Supervisor
Street Address: 424 Saint Andrew St.
City and County: Petersburg
State and Zip Code: Virginia, 23803
Telephone Number: 804-733-2404
E-mail Address (if known):

**Defendant No. 3**
Name: Kimberly Robertson
Job or Title (if known): Dept. of Human Resources
Street Address: 103 West Tabb St.
City and County: Petersburg
State and Zip Code: Virginia, 23803
Telephone Number: 804-733-2324
E-mail Address (if known):

**Defendant No. 4**
Name: Mrs. Jamon (Retire)
Job or Title (if known): Head of the Risk Dept.
Street Address: 103 West Tabb St.
City and County: Petersburg
State and Zip Code: Virginia, 23803
Telephone Number: 804-733-2324
E-mail Address (if known):

**Defendant No. 5**
Name: Anthony Williams
Job or Title (if known): Petersburg City Attorney
Street Address: 35 City Hall North Union St.
City and County: Petersburg
State and Zip Code: Virginia, 23803
Telephone Number:
E-mail Address (if known):

Defendant No. 6          3-12-19.

Name - Jim Reed
Job Title - In the Fire Dept
Street Address - 125 N. Union Street.
City or County - Petersburg,
State and Zip Code - Virginia, 23803.
Telephone Number -
E-mail -


Defendant No. 67

Name - Sgt. Hall
Job Title - on the Police Force.
Street Address - 37 E. Tabb Street
City or County - Petersburg,
State and Zip Code - Virginia, 23803.
Telephone Number
E-mail -

Document No. 7                3-12-19


Petersburg Utility Gives Water Dept.

Serve to: The City Attorney
Anthony Williams
804-733-2324
35 City Hall North Union St,
Petersburg,
Virginia, 23803.

Note: 3-12-19

The Two People Here were on the Panel Board that voted Against me, The Lawyer that I had that my Retirement Money paid for at the time help me with my case Read from a Law Book to the 3 members of the Panel Hearing that it was against the Law to Fired Any persons or person under Doctor's care w/ with the Right Documents And I had the Right Documents From F.M.L.A and my Doctor But they still voted Against me 2-1.

They Had No City Council members at the Panel meeting, The City Mayor or the City Manager was not Present Also.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Fired while under Doctor's care F.M.L.A. 1-18-17 / 4-18-17 / Fired March 13-2017*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

I Am Asking in the Amount of 300,000 or evenlwy more cause of all I Have Been through.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Constitution Rights were Broken when I was fired from my Job of 17 Mrs. while under Doctor's care with F.M.L.A. 1-18-17 / 4-18-17 Was fired March 13-2017.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm Asking for 300,000 Because I was fired while under Doctor's care, I Have Alot of Back Bills Hospital, crestitunion, Doctor's, Rent, Family etc.

Page 4 of 5

III. Relief Continue,    3-12-19.

I Have Sustain a injury from all this to my Back and I can not Do what I use too I Just want to get Justice for what they Did to me as a person.

Sincerly,
Brandy B Thomas

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-12-19.

Signature of Plaintiff: *Randy B Thomas*
Printed Name of Plaintiff: Randy B Thomas

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____